AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

24 FEB 21  PM 3:07

CLERK C. Adams
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Augusta Division

United States of America
v.
Christopher Donell Crumbley

) Case No:   1:22CR00051-1
) USM No:   22771-510
)
) Travers W. Chance
) Defendant's Former Attorney

Date of Original Judgment: May 2, 2023
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____84 months____ **is reduced to** ____70 months____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____May 2, 2023____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 21 February 2024

Judge's signature: *Dudley H. Bowen Jr.*

Effective Date: _____
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title